NO. 07-06-0098-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JUNE 22, 2006

_____

ROSALINDA MARTINEZ, APPELLANT

V.

BAKER LAND MANAGEMENT D/B/A LAKEVIEW APARTMENTS, APPELLEE

_____

FROM COUNTY COURT AT LAW NO. 1 OF POTTER COUNTY;

NO. 94,264-1; HONORABLE W.F. "CORKY" ROBERTS, JUDGE

_____

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Proceeding *pro se* and *in forma pauperis*, appellant Rosalinda Martinez perfected this appeal from the trial court's judgment in favor of appellee Baker Land Management d/b/a Lakeview Apartments in its forcible detainer action. The clerk's record was filed on March 29, 2006, and by letter dated March 30, 2006, Martinez was notified of the filing.

The letter was returned by the United States Post Office with a designation on the envelope indicating "Return to Sender, Attempted -- Not Known, Unable to Forward." Efforts by the Clerk of this Court to obtain a current address for Martinez proved unsuccessful. The deadline for filing Martinez's brief expired on May 1, 2006. By letter dated June 8, 2006, the Court *sua sponte* granted an extension in which to file the brief to June 19, 2006, indicating that failure to do so might result in dismissal for want of prosecution. That notice was also returned as undeliverable.

Accordingly, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Don H. Reavis
Justice

2